IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHRISTOPHER ALDRIDGE**                                                            **PLAINTIFF**

**V.**                        **CASE NO. 3:19-CV-178-DPM-BD**

**BERNET,** *et al.*                                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommended Disposition (Recommendation) has been sent to Chief Judge D.P. Marshall Jr. Mr. Aldridge may file objections to this Recommendation if he disagrees with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, Mr. Aldridge may waive the right to appeal questions of fact.

### II.  Discussion

Mr. Aldridge was a pretrial detainee in the Craighead County Detention Facility when he filed this civil rights lawsuit on June 12, 2019, without the help of a lawyer. (Docket entry #2) The Court's June 17, 2019 Order requiring Mr. Aldridge to file an amended complaint within 30 days was returned to the Court as "undeliverable" on August 9, 2019. (#5) On August 15, the Court ordered Mr. Aldridge to notify the Court of his new address within 30 days or risk dismissal of his complaint. That order was

returned to the Court, marked "undeliverable," on August 23. Mr. Aldridge has had no contact with the Court since filing his initial complaint on June 6, 2019. Local rules require pro se plaintiffs, including Mr. Aldridge, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

### III.   Conclusion

The Court recommends that Mr. Aldridge's claims be DISMISSED, without prejudice, based on his failure to comply with the August 15 Order and his failure to prosecute this lawsuit.

DATED this 6th day of November, 2019.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE