# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHRISTOPHER ALDRIDGE                                    PLAINTIFF

v.                        No. 3:19-cv-178-DPM

BERNET, Officer, Craighead County
Detention Center; MASON, Officer,
Craighead County Detention Center;
BLACK, Nurse, Craighead County
Detention Center; and BALARD, Corporal,
Craighead County Detention Center                       DEFENDANTS

## ORDER

Aldridge hasn't responded to the pending recommendation; his mail is still being returned undelivered. № 9. The Court adopts Magistrate Judge Deere's unopposed recommendation, № 8. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Aldridge's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 November 2019