# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHRISTOPHER ALDRIDGE                                              PLAINTIFF

v.                              No. 3:19-cv-178-DPM

BERNET, Officer, Craighead County
Detention Center; MASON, Officer,
Craighead County Detention Center;
BLACK, Nurse, Craighead County
Detention Center; and BALARD, Corporal,
Craighead County Detention Center                                 DEFENDANTS

## JUDGMENT

Aldridge's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 November 2019